AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

RECEIVED
2012 SEP -9 10 A 8:24
RICHARD W. WIEKING, CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

FILED
SEP -9 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

KARLA GOTTSCHALK
*Plaintiff*

v.

City and County of San Francisco, et al
*Defendant*

Civil Action No. EMC CV 12 4531

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY AND COUNTY OF SAN FRANCISCO, GAVIN NEWSOM, EDWIN M. LEE, HUMAN RIGHTS COMMISSION, CECILIA CHUNG, THERESA SPARKS, CHRISTOPHER KRAMER, DEPARTMENT OF HUMAN RESOURCES, MELISSA J. CAYABYAB, MAGALY FERNANDEZ, MIKI CALLAHAN, CIVIL SERVICE COMMISSION, ANITA SANCHEZ, JEN LO, ELAINE LEE, LINDA SIMON, GLORIA SHEPPARD, Grace TAM #1 CARLETON B. GOODLETT PLACE, SAN FRANCISCO, CA 94117
CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING, PHYLLIS W. CHENG, MICHAEL McGRATH, 2218 KAUSEN DRIVE SUITE 758, ELK GROVE, CA 95758, UNITED STATES EQUAL EMPLOYMENT COMMISSION, CHAI FELDBLUM, MICHAEL BALDONADO, 350 EMBARCADERO SUITE 500, SAN FRANCISCO, CA 94105-1260

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

KARLA GOTTSCHALK
520 FREDERICK ST #13
SAN FRANCISCO, CA 94117

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RICHARD W. WIEKING
*CLERK OF COURT*

Date: SEP - 7 2012

SHEILA RASH
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

RECEIVED
2012 SEP 10 A 8: 27
RICHARD W. WIEKING CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

Civil Action No. EMC CV 12 4531

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* CITY AND COUNTY OF SAN FRANCISCO
was received by me on *(date)* SEPT 7, 2012 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MAYORS OFFICE as directed by Office of City Attorney , who is designated by law to accept service of process on behalf of *(name of organization)* City AND County OF SAN FRANCISCO 1 Dr. Carlton B Goodlett Place on *(date)* Sept 7, 2012 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Sept, 7 2012

[signature]
*Server's signature*

Daniel Diodato
*Printed name and title*

712 9th Ave SF CA 94118
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 3)

Civil Action No. EMC CV 12 4531

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* (DFEH) FAIR EMPLOYMENT AND HOUSING COMMISSION was received by me on *(date)* Sept 7, 2012.

☐ I personally served the summons on the individual at *(place)* ________ on *(date)* ________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ________, a person of suitable age and discretion who resides there, on *(date)* ________, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* FAIR EMPLOYMENT COMMISSION, who is designated by law to accept service of process on behalf of *(name of organization)* Dept of Fair Employment & Housing (DFEH) 455 Golden Gate Ave Ste 10600 SF CA on *(date)* Sept 7, 2012 ; or

☐ I returned the summons unexecuted because ________ ; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Sept 7, 2012

[signature]
*Server's signature*

Daniel Diodato
*Printed name and title*

712 9th Ave SFCA 94118
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page ~~2~~ 4)

Civil Action No. EMC CV 12 4531

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* US Equal Employment Opportunity Commission was received by me on *(date)* Sept 7 2012.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* EEOC 350 The Embarcadero Ste 500, who is designated by law to accept service of process on behalf of *(name of organization)* EEOC SAN FRANCISCO, CA 94105 on *(date)* Sept 7, 2012 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: Sept 7 2012

[signature]
*Server's signature*

Daniel Diodato
*Printed name and title*

712 9th Ave SFCA 94118
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 12/09) Summons in a Civil Action (Page ~~2~~ 5)

Civil Action No. EMC CV 12 4531

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* California Department of Fair Employment And Housing
was received by me on *(date)* Sept. 8, 2012 .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
__________________, a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
______________________ on *(date)* __________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☒ Other *(specify)*:
MAILED TO SUPPLEMENT HAND DELIVERY OF SERVICE.
CALIFORNIA Department of Fair Employment and Housing
2218 KAUSEN DR STE 758, ELK GROVE, CA 95758

My fees are $ Ø for travel and $ Ø for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: Sept, 8 2012 .

[signature]
*Server's signature*

Daniel Diodato
*Printed name and title*

712 9th Ave SFCA 94118
*Server's address*

Additional information regarding attempted service, etc: