United States District Court
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          NORTHERN DISTRICT OF CALIFORNIA

7

8    KARLA GOTTSCHALK,                              No. C-12-4531 EMC

9              Plaintiff,

10        v.                                         **ORDER DENYING PLAINTIFF'S *EX
                                                    PARTE* REQUEST**
11   CITY AND COUNTY OF SAN
     FRANCISCO, *et al.*,                            **(Docket No. 24)**
12
               Defendants.
13   _____/

14

15                          I.   __INTRODUCTION__

16        Defendants in this case filed a motion for a more definite statement and a motion to dismiss

17   on September 28, 2012.  Plaintiff filed an amended complaint on October 17, 2012, and an

18   opposition to the motion on October 18, 2012.  In her opposition, Plaintiff requested various forms

19   of relief, including an order sealing various records of the San Francisco Human Rights Commission

20   (SFHRC), and declaratory judgment that Defendants have violated various statutes.  Plaintiff also

21   raised concerns that Defendants' counsel may have a conflict of interest in representing both the

22   City and the individual defendants.

23        In light of the amended complaint, Defendants withdrew their motion pursuant to Local Rule

24   7-7(e).  Plaintiff now filed an *ex parte* request that this Court grant the relief that she requested in

25   her opposition to Defendants' motion.  She specifically requests orders from this Court sealing

26   various records of the SFHRC and declaratory judgment that Defendants' counsel is conflicted out

27   of representing any defendant other than the City and County of San Francisco.

28

**United States District Court**
For the Northern District of California

1   As Defendants have withdrawn the September 28 motion for a more definite statement and

2   motion to dismiss following Plaintiff's amended complaint, that motion is moot.

3   To the degree that Plaintiff wishes to have this Court rule on her arguments as to why her

4   claims should not be dismissed, this Court notes that Defendants filed a motion to dismiss the

5   amended complaint on November 5, 2012.  Plaintiff may thus renew her arguments in opposition to

6   that motion.

7   To the degree that Plaintiff wishes to seek some order from the Court beyond denial of

8   Defendants' motion, she cannot do so without filing a properly noticed motion under Civil Local

9   Rule 7-1 *et seq.* and the Federal Rules of Civil Procedure.

10   For Plaintiff's benefit, the Court directs her attention to the Handbook for Pro Se Litigants,

11   which is available along with further information for the parties on the Court's website located at

12   http://cand.uscourts.gov/proselitigants.  Ms. Gottschalk may also contact the Legal Help Center, 450

13   Golden Gate Avenue, 15th Floor, Room 2796, Telephone No. (415) 782–9000 extension 8657, for

14   free legal advice regarding her claims.

## II.   CONCLUSION

16   For the foregoing reasons, Plaintiff's *ex parte* request is **DENIED.**

17   This order disposes of Docket No. 24.

19   IT IS SO ORDERED.

21   Dated:  November 15, 2012

_____
EDWARD M. CHEN
United States District Judge